■ TILTCRETE, LLC, Appellant, v WIDEWATERS CONSTRUC-TION, INC., Respondent. (Appeal No. 3.) [953 NYS2d 179]—Appeal from a judgment of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered August 29, 2011 in a breach of contract action. The judgment awarded money damages to defendant.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Sconiers and Martoche, JJ.

■ In the Matter of JESSIE JAMES BARNES, Appellant, v JULIE FINOCCHIO, Assistant District Attorney, et al., Respondents. [953 NYS2d 179]—Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered November 30, 2010 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.